JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PETERSON, | Case No. SA CV 14-1359 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JP MORGAN CHASE, aka CHASE HOME LOAN SERVICING, aka CHASE HOME FINANCE, aka CHASE BANK USA, aka (CHASE), et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 26th day of January, 2015.

/s/
Fernando M. Olguin
United States District Judge